UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| KURT L. BUTLER<br>TRACY L. BUTLER | : | |
| Debtors | : | Bankruptcy No. 10-12776 |

| | | |
|---|---|---|
| KURT L. BUTLER<br>TRACY L. BUTLER | : | |
| Plaintiffs | : | |
| v. | : | |
| HSBC MORTGAGE SERVICES, INC. | : | Adversary No. 10-0317 |
| Defendant | : | |

......................................

ORDER

......................................

AND NOW, this 15th day of November 2010, for the reasons given in the
accompanying statement, it is hereby ordered that judgment is entered in favor of the
plaintiffs and against the defendant pursuant to 11 U.S.C. § 506. Defendant HSBC
Mortgage Services, Inc.'s secured proof of claim #3 is disallowed as secured. HSBC
Mortgage Services, Inc.'s proof of claim #3 is allowed as an unsecured claim only, in the
amount of $110,372.69.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Clair M. Stewart, Esq.
21 S. 12th Street, Suite 100
Philadelphia, PA 19107

Steven K. Eisenberg, Esq.
Kevin P. Diskin, Esq.
Stern and Eisenberg, LLP
The Pavilion
261 Old York Road, Suite 410
Jenkintown, PA 19046